# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ROBERT B. RONDINI, individually
and on behalf of all others
similarly situated,**
    **Plaintiff,**

  v.              Case No. 11-C-0807

**HARTFORD LIFE INSURANCE CO., et al.,**
    **Defendants.**

---

## ORDER

  On August 24, 2011, defendants Hartford Life Insurance Company and Hartford Life and Accident Insurance Company (together, the "Hartford defendants") removed this action to federal court, citing 28 U.S.C. § 1332(d) as the source of subject-matter jurisdiction. In reviewing the notice of removal to ensure that defendants' jurisdictional allegations are adequate, see Wisconsin Knife Works v. National Metal Crafter, 781 F.2d 1280, 1282 (7th Cir. 1986), I noticed that the defendants equate the residence of an individual with that individual's citizenship. (Notice of Removal ¶ 17.) However, the citizenship of an individual is determined by domicile rather than residence. Hunter v. Amin, 583 F.3d 486, 491 (7th Cir. 2009). Thus, **IT IS ORDERED** that the Hartford defendants must correct their jurisdictional allegations within fourteen days of the date of this order.

  Dated at Milwaukee, Wisconsin, this 2nd day of September, 2011.

                s/_____
                LYNN ADELMAN
                District Judge